# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CRIMINAL ACTION NO. 3:09CR-47-M

**COMMONWEALTH OF KENTUCKY**　　　　　　　　　**RESPONDENT/PLAINTIFF**

**v.**

**KENDALL JEROME SHAW**　　　　　　　　　**PETITIONER/DEFENDANT**

## ORDER OF REMAND

For the reasons set forth in the accompanying Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that:

Kendall Jerome Shaw's petition for removal is **DISMISSED** for want of jurisdiction. This action shall be **SUMMARILY REMANDED** immediately to the Jefferson Circuit Court in which the proceeding was commenced.

The Clerk of Court is **DIRECTED** to mail a **certified copy** of this Order of Remand to the Clerk of the Jefferson Circuit Court. The State court may thereupon proceed with the criminal action.

Date:

cc:　Petitioner/Defendant
　　　Clerk, Jefferson Circuit Court
　　　Jefferson County Attorney
4414.009